IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br>　　　　　**Plaintiff,**<br>　　v.<br>**JOHN DOE subscriber assigned IP address 100.11.204.106,**<br>　　　　　**Defendant** | **CIVIL ACTION NO. 20-5122** |

# ORDER

**AND NOW,** this 30th day of March 2022, upon consideration of Plaintiff Strike 3 Holdings, LLC, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Default Judgment [Doc. Nos. 15 & 16] is **GRANTED** as follows:

1. Defendant is permanently enjoined from continuing to infringe on Plaintiff's copyrighted works, pursuant to 17 U.S.C. § 503.

2. Defendant shall delete and permanently remove the digital media files relating to Plaintiff's copyrighted works from each of the computers under Defendant's possession, custody, or control, pursuant to 17 U.S.C. § 503(b).

3. Defendant shall delete and permanently remove the infringing copies of Plaintiff's copyrighted works that Defendant has on computers under Defendant's possession, custody, or control, pursuant to 17 U.S.C. § 503(b).

4. Defendant shall pay to Plaintiff the amount of **$72,750.00**, which represents the minimum statutory damages permitted for the 97 copyrighted works Defendant infringed upon, pursuant to 17 U.S.C. § 504(a) and (c).

5. Defendant shall pay to Plaintiff its filing and service costs in the amount of **$590.00**, pursuant to 17 U.S.C. § 505.

6. Defendant shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing, pursuant to 28 U.S.C. § 1961, as of the date of this Default Judgment until the date of its satisfaction.

7. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                         **BY THE COURT:**

                                         **/s/ Cynthia M. Rufe**

                                         **CYNTHIA M. RUFE, J.**